No. 586. BACON BROTHERS' COMPANY *v.* E. FRANK GRABLE, INDIVIDUALLY, ETC. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George D. Welles* and *Mr. Thomas H. Tracy* for petitioner. *Mr. George E. Brand, Mr. Harold W. Fraser* and *Mr. U. S. Bratton* for respondent.

No. 592. SULZBERGER & SONS COMPANY *v.* STEAMSHIP HELLIG OLAV ET AL. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles R. Hickox* for petitioner. *Mr. Van Vechten Veeder* and *Mr. Roscoe H. Hupper* for respondents.

No. 596. BENJAMIN B. KAUFMANN ET AL. *v.* UNITED STATES. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Elijah N. Zoline* for petitioners. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. H. S. Ridgely* for the United States.

No. 597. GRACIANO L. CABRERA ET AL. *v.* PEOPLE OF THE PHILIPPINE ISLANDS. November 13, 1922. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Adam C. Carson* for petitioners. *Mr. Grant T. Trent* and *Mr. Logan N. Rock* for respondent.

No. 598. TEXAS COMPANY ET AL. *v.* STEAMSHIP SANTA RITA, ETC., ET AL. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John D. Grace* for petitioners. *Mr. John C. Prizer* for respondents.